1022

[Nos. 41663-4-I; 41560-3-I.   Division One.   March 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BROCKITON
REED; *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 94-1-08292-9, Glenna Hall, J., entered October
14, 1997. *Reversed* by unpublished per curiam opinion.

[No. 41746-1-I.   Division One.   March 1, 1999.]

SANDPIPER CONDOMINIUM OWNERS ASSOCIATION,
*Respondent*, v. EDMUND R. GAYLARD, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 96-2-05131-5, Alan R. Hancock, J.,
entered November 3, 1997. *Reversed* by unpublished
opinion per Baker, J., concurred in by Agid, A.C.J., and Ap-
pelwick, J.

[No. 41798-3-I.   Division One.   March 1, 1999.]

CHARLES L. CLARK, *Appellant*, v. LINDA J. CLARK, *as
Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-13137-7, William L. Downing, J., entered
November 5, 1997. *Reversed* by unpublished opinion per
Webster, J., concurred in by Agid, A.C.J., and Coleman, J.

[No. 41832-7-I.   Division One.   March 1, 1999.]

KEYSTONE DEVELOPMENT, INC., ET AL., *Respondents*, v. THE
CITY OF SEATTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-28416-1, Michael Trickey, J., entered
October 24, 1997. *Reversed* by unpublished opinion per
Webster, J., concurred in by Coleman and Cox, JJ.